FAX or Internet

UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>Priority Mail Parcel 9505516897362179056057<br>addressed to Nate Chamberlain PO BOX 178<br>Supai AZ 86435 | )<br>)<br>)<br>)  Case No.   22-4237 mb<br>)<br>)<br>) |

☑ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

JUL 1 2 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer.

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the                               District of   Arizona.
*(identify the person or describe the property to be searched and give its location)*: USPS Priority Mail parcel bearing USPS tracking number 9505516897362179056057, addressed to "Nate Chamberlain, PO BOX 178 Supai, AZ 86435," with a return address of "Anita Benavidez 9855 Hwy 66 Kingman, AZ 86401." It is a brown *Uhaul* medium cardboard box; measuring approximately 18 X 18 X 16 inches; weighing approximately 43lbs 7.6 oz; postmarked June 28, 2022; and bearing $52.00 in postage. This parcel is referred to as SUBJECT PARCEL 2.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: See Attachment A.

I find that the affidavit(s), or any recorded testimony, have been communicated by reliable electronic means and establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before

July 20, 2022
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
  Any U.S. Magistrate Judge in the District of Arizona      .
            *(Name)*

☐ I find that immediate notification may have an adverse result as specified in 18 U.S.C. §3103a (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                               ☐ until, the facts justifying, the later specific date of

Date and Time Issued: _____     **Camille D. Bibles** Digitally signed by Camille D. Bibles
                                                                  Date: 2022.07.06 16:36:15 -07'00'
                                                        *Judge's Signature*

City and State:   Flagstaff, Arizona             Camille D. Bibles, United States Magistrate Judge

| Return | | |
|---|---|---|
| Case No.:<br>22-4237mb | Date and time warrant executed:<br>July 7, 2022 9:35 AM | Copy of warrant and inventory left with:<br>USPIS, Phoenix |

Inventory made in the presence of:
US Postal Inspectors Aaron Behnen and Norman Longaza

Inventory of the property taken and name of any person(s) seized:

- Priority Mail Parcel 9505516897362179056057
- Cardboard and plastic bags
- 8 packs (48 pieces) mortar style fireworks
- 1 pack (48 pieces) super candle fireworks
- 1 pack (72 pieces) ground bloom flower fireworks
- 1 packs (3 pieces) PyroGyro fireworks
- 1 Crackling Silver Dragon firework

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 07-08-2022

*Executing Officer's Signature*

Aaron E. Behnen, United States Postal Inspector
*Printed Name and Title*